# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3861

_____

ADT SECURITY SERVICES, INC.
and GALLAGHER BASSETT
SERVICES,

    Appellants,

    v.

LUIS CANDURRA,

    Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Jeffrey I. Jacobs, Judge.

Date of Accident: December 5, 2017.

May 24, 2019

PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

David J. Gerhardt of Jones, Hurley & Hand, P.A., Miami, for Appellants.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, and Jesus E. Ravelo of Rosenberg & Rosenberg, P.A., Hollywood, for Appellee.